PERINE *against* SWAINE *and his wife, and* DUNN.

If a *feme covert*, who is a defendant, puts in an *answer* separately from her husband, without leave, the court, on motion, will quash it.

THE answer of *Dorothy Swaine*, one of the defendants, was put in separately from her husband, and without leave.

*Riggs*, for the plaintiff, now moved to quash the answer, on the ground of irregularity. He cited *Bohun's Ch. Pr.* 116. 2 *P. Wms.* 371. *Wyatt's Prac. Reg.* 53. *Cooper's Eq. Pl.* 24.

*Baldwin*, contra, admitted the general rule, that a wife cannot answer alone, without leave; but he offered to procure the consent of the husband to the separate answer of the wife.

THE CHANCELLOR. The rule is well settled, that the wife cannot answer, separately, without leave or order of the court. The husband is her legal guardian and protector; and if there were reasons for her answering separately, they ought to have been made known to the court, that it might judge of their force. Here is no evidence of the previous consent of the husband to the answer, and the rule is well calculated to prevent the wife from being misled.

Motion granted.